DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CALVIN DEJUAN FORMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4028

_____

September 15, 2023

Appeal from the Circuit Court for Pinellas County; Pamela A.M. Campbell, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.